# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>Plaintiff )<br>v. )<br>UNITED AIRLINES, INC., )<br>Defendant ) | Case No.  5:18-cv-00817-DAE |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED AIRLINES, INC.,                                                                                                      .

Date:    09/11/2018                                    /s/ Kathryn C. Palamoun    *[signature]*
                                                                 *Attorney's signature*

                                                 Kathryn C. Palamountain / 24061004
                                                    *Printed name and bar number*
                                                              Seyfarth Shaw LLP
                                                     700 Milam Street, Suite 1400
                                                           Houston, Texas  77002
                                                                     *Address*

                                                   cpalamountain@seyfarth.com
                                                                *E-mail address*

                                                              (713) 225-2300
                                                             *Telephone number*

                                                              (713) 225-2340
                                                                 *FAX number*