UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
vs.
UNITED AIRLINES, INC.

Case No.: 5:18-cv-00817-DAE

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Gerald L. Pauling, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent United Airlines, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Seyfarth Shaw LLP with offices at:

   Mailing address: 233 S. Wacker Drive, Suite 8000

   City, State, Zip Code: Chicago, IL 60606

   Telephone: 312/460-5561       Facsimile: 312/460-7561

2. Since November 5, 1992, Applicant has been and presently is a member of and in good standing with the Bar of the State of Illinois. Applicant's bar license number is 6209703.

3. Applicant has been admitted to practice before the following courts:

   Court:                          Admission date:

   SEE ATTACHED ADDENDUM

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Kathryn C. Palamountain

Mailing address: Seyfarth Shaw LLP, 700 Milam Street, Suite 1400

City, State, Zip Code: Houston, Texas 77002

Telephone: 713-225-2300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Gerald L. Pauling to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Gerald L. Pauling
[printed name of Applicant]

*[signature]*
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 12th day of September, 2018.

Gerald L. Pauling
[printed name of Applicant]

*[signature]*
[signature of Applicant]

# ADDENDUM

Applicant is a member in good standing of the Bar of the State of Illinois and is admitted to practice before the following courts:

- State of Illinois, admitted 11/5/1992, ARDC# 6209703
- U.S. District Court for the Northern District of Illinois, admitted 12/17/92
- U.S. District Court for the Eastern District of Michigan, admitted 5/1/03
- U.S. District Court for the District of Colorado, admitted 5/29/97
- U.S. Court of Appeals for the Seventh Circuit, admitted 10/22/93
- U.S. Court of Appeals for the Sixth Circuit, admitted 9/14/07
- U.S. Court of Appeals for the Eleventh Circuit, admitted 12/30/05
- U.S. Court of Appeals for the District of Columbia Circuit, admitted 1/5/93