### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 5:18-cv-817<br><br>JOINT MOTION TO EXTEND TIME TO FILE JOINT SCHEDULING ORDER |

### JOINT MOTION TO EXTEND TIME TO FILE
### PROPOSED SCHEDULING ORDER

Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("EEOC"), and Defendant UNITED AIRLINES, INC. ("UNITED") (collectively, "the Parties"), by and through their respective counsel of record, jointly move to extend the deadline to file a Proposed Scheduling Order from October 15, 2018 to November 21, 2018, 30 days after United's responsive pleading is filed.  In support of the Joint Motion, the Parties state as follows:

1. The EEOC filed its Complaint against Defendant on August 9, 2018.

2. On September 13, 2018, this Court entered an order requiring that the Parties file a Proposed Scheduling Order within thirty (30) days.  ECF No. 5.

3. On September 13, 2018, UNITED agreed to waive service based upon a waiver request postmarked August 21, 2018, and the Parties have agreed that UNITED's responsive pleading is therefore due October 22, 2018.

49557411v.2

4. Given that UNITED's responsive pleading is due after the current deadline to file a Proposed Scheduling Order, the Parties respectfully request that the Court extend the deadline to file a Proposed Scheduling Order until thirty (30) days after UNITED must file a responsive pleading, to November 21, 2018.

NOW THEREFORE, the Parties jointly request that the Court extend the deadline to file the Proposed Scheduling Order, from October 15, 2018 to November 21, 2018.

**SO STIPULATED.**

DATED: October 1, 2018

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION


By: */s/ Philip Moss (with consent)*
    Philip Moss
    Trial Attorney
    State Bar No. 24074764
    Philip.moss@eeoc.gov


EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Antonio Field Office
5410 Fredericksburg Rd., Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7636
Facsimile: (210) 281-7669

Attorney for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

DATED:  October 1, 2018					Respectfully submitted,

							SEYFARTH SHAW LLP


							By:   */s/ Ada W. Dolph*
								Ada W. Dolph (*admitted Pro Hac Vice*)
								adolph@seyfarth.com
								Gerald L. Pauling (*admitted Pro Hac Vice*)
								gpauling@seyfarth.com
								Seyfarth Shaw LLP
								233 S. Wacker Drive, Suite 8000
								Chicago, Illinois 60606
								Telephone:  (312) 460-5000
								Facsimile:  (312) 460-7000

								Steve Shardonofsky
								sshardonofsky@seyfarth.com
								Kathryn C. Palamountain
								cpalamountain@seyfarth.com
								Texas State Bar No. 24061004
								Seyfarth Shaw LLP
								700 Milam Street, Suite 1400
								Houston, Texas  77002-2812
								Telephone: (713) 225-2300
								Facsimile:  (713) 225-2340

								Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2018, I presented the foregoing document with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

JAMES L. LEE
Deputy General Counsel
GWENDOLYN YOUNG REAMS
Associate General Counsel
ROBERT A. CANINO
Regional Attorney
EDWARD JUAREZ
Supervisory Trial Attorney
Texas Bar No. 24019498
PHILIP MOSS
Trial Attorney
Texas State Bar No. 24074764
Email: philip.moss@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Dallas District Office,
San Antonio Field Office
5410 Fredericksburg Rd., Suite 200
San Antonio, Texas 78229-3555
Telephone:   (210) 281-7636
Facsimile:   (210) 281-7669

*/s/ Ada W. Dolph*
Kathryn C. Palamountain
One of the Attorneys for
UNITED AIRLINES, INC.