UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EEOC, | § | No. SA-18-CV-817-DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| UNITED AIRLINES, INC., | § | |
| | § | |
| Defendant. | § | |
|_____| § | |

ORDER OF RECUSAL

The Court hereby recuses itself from all proceedings in the above entitled and numbered case. The undersigned holds stock in the Defendant company. The matter is hereby directed to the Clerk's office for random reassignment.

IT IS SO ORDERED.

DATED: November 27, 2018, San Antonio, Texas.

_____
David Alan Ezra
Senior United States Distict Judge

1