**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff <br><br> AND <br><br> JANE DOE <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED AIRLINES, INC., <br><br> Defendant. | CIVIL ACTION NO. 5:18-cv-817 |

**UNITED AIRLINES, INC.'S RESPONSE TO JANE DOE'S MOTION TO INTERVENE AS OF RIGHT AS PARTY PLAINTIFF**

Defendant United Airlines, Inc. ("United"), by and through its attorneys, files this response to Jane Doe's Motion to Intervene as of Right as Party Plaintiff ("Motion"), which seeks the Court's permission to intervene and file a Title VII claim against United for sexual discrimination and harassment.  *See* Dkt. 12, Motion.

After having an opportunity to review the Motion, United states that it does not oppose the Motion.  However, United reserves all rights, arguments, and defenses against the proposed Complaint in Intervention.

DATED:  December 3, 2018	Respectfully submitted,

	UNITED AIRLINES, INC.


	By:   s/Ada W. Dolph

		Ada W. Dolph (*admitted pro hac vice*)
		adolph@seyfarth.com
		Gerald L. Pauling (*admitted pro hac vice*)
		gpauling@seyfarth.com
		Seyfarth Shaw LLP
		233 S. Wacker Drive, Suite 8000
		Chicago, Illinois 60606
		Telephone:  (312) 460-5000
		Facsimile:  (312) 460-7000

		Kathryn C. Palamountain
		cpalamountain@seyfarth.com
		Texas State Bar No. 24061004
		Seyfarth Shaw LLP
		700 Milam Street, Suite 1400
		Houston, Texas  77002-2812
		Telephone:  (713) 225-2300
		Facsimile:  (713) 225-2340

		Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2018, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

>Robert A. Canino (robert.canino@eeoc.gov)
>Edward Juarez (eduardo.juarez@eeoc.gov)
>Philip Jonathan Moss (philip.moss@eeoc.gov)
>U.S. Equal Employment Opportunity Commission
>San Antonio Field Office
>5410 Fredericksburg Road, Suite 200
>San Antonio, Texas 78229-3555

>s/Ada W. Dolph
>One of the Attorneys for
>UNITED AIRLINES, INC.

52344354v.2