**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff | CIVIL ACTION NO. 5:18-cv-817 |
| v. | |
| UNITED AIRLINES, INC., | |
| Defendant. | |

## UNITED AIRLINES, INC.'S RESPONSE TO MOTION OF JANE DOE TO PROCEED UNDER A PSEUDONYM

Defendant United Airlines, Inc. ("United"), by and through its attorneys, files this response to Motion of Jane Doe To Proceed Under a Pseudonym ("Motion"), in which Proposed Intervenor Jane Doe has moved for permission to proceed under a pseudonym should she be permitted to intervene in this matter. *See* Dkt. 13, Motion.

In her Motion, Jane Doe relies heavily on statements made during proceedings in which United was not a party and thus United has little, if any, basis for assessing the accuracy of those statements. However, without conceding any factual predicates for the Motion, and reserving all rights to contest them in the anticipated litigation, United does not oppose Jane Doe's motion to proceed under a pseudonym should the Court grant her motion for leave to intervene.

DATED:  December 3, 2018                Respectfully submitted,

UNITED AIRLINES, INC.


By:   s/Ada W. Dolph

    Ada W. Dolph (*admitted pro hac vice*)
    adolph@seyfarth.com
    Gerald L. Pauling (*admitted pro hac vice*)
    gpauling@seyfarth.com
    Seyfarth Shaw LLP
    233 S. Wacker Drive, Suite 8000
    Chicago, Illinois 60606
    Telephone:  (312) 460-5000
    Facsimile:  (312) 460-7000

    Kathryn C. Palamountain
    cpalamountain@seyfarth.com
    Texas State Bar No. 24061004
    Seyfarth Shaw LLP
    700 Milam Street, Suite 1400
    Houston, Texas  77002-2812
    Telephone:  (713) 225-2300
    Facsimile:  (713) 225-2340

    Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2018, I caused a true and correct copy of the

foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF

system, which will send notification of such filing to the following at their e-mail addresses on

file with the Court:

> Robert A. Canino (robert.canino@eeoc.gov)
> Edward Juarez (eduardo.juarez@eeoc.gov)
> Philip Jonathan Moss (philip.moss@eeoc.gov)
> U.S. Equal Employment Opportunity Commission
> San Antonio Field Office
> 5410 Fredericksburg Road, Suite 200
> San Antonio, Texas 78229-3555

> s/Ada W. Dolph
> One of the Attorneys for
> UNITED AIRLINES, INC.

52304227v.1