IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.<br><br>Defendant. | CIVIL ACTION NO.<br><br>5:18-CV-817XR |

### ADVISORY TO THE COURT REGARDING ATTORNEY VACATION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, EEOC, hereby notifies the Court and all counsel of record in the above referenced civil action that the EEOC Supervisory Attorney Edward Juarez will be on leave out of the country and unavailable from April 5, 2019 through April 22, 2019.

As such, Plaintiff respectfully requests that no hearings or other similar matters be set during that time.

                                                Respectfully submitted,

                                                */s/ Philip J. Moss*

                                                PHILIP MOSS
                                                Trial Attorney
                                                Texas State Bar No. 24074764
                                                E-Mail: philip.moss@eeoc.gov

                                                EDWARD JUAREZ
                                                Supervisory Trial Attorney
                                                Texas State Bar No. 24014498
                                                E-Mail: eduardo.juarez@eeoc.gov

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555
Telephone: (210) 281-7636
Facsimile: (210) 281-7669

CERTIFICATE OF SERVICE

    I hereby certify that on March 28, 2019 I served a copy of the foregoing on counsel for Defendant and Intervenor via filing with the Court's ECF system.

    ADA W. DOLPH (*admitted Pro Hac Vice*)
    E-Mail: adolph@seyfarth.com

    SEYFARTH SHAW LLP

    233 S. Wacker Drive, Suite 8000
    Chicago, Illinois 60606

    Telephone: (312) 460-5000
    Facsimile: (312) 460-7000

    KATHRYN C. PALAMOUNTAIN
    Texas State Bar No. 24061004
    E-Mail: cpalamountain@seyfarth.com.

    SEYFARTH SHAW LLP

    700 Milam Street, Suite 1400
    Houston, Texas 77002-2812
    Telephone: (713) 225-2300
    Facsimile: (713) 225-2340

    COUNSEL FOR DEFENDANT

    Colin Walsh
    Robert J. Wiley
    WILEY WALSH, P.C.
    1011 San Jacinto Blvd, Ste 401
    Austin, Texas 78701
    *Attorneys for Plaintiff-Intervenor Jane Doe*

                      *s/Philip Moss*
                      Philip Moss