# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff<br><br>AND<br><br>JANE DOE<br><br>   Plaintiff-Intervenor,<br><br> v.<br><br>UNITED AIRLINES, INC.,<br><br>   Defendant. | CIVIL ACTION NO. 5:18-cv-00817-XR |

## THIRD JOINT MOTION TO EXTEND STAY OF PROCEEDINGS

  Plaintiff Equal Employment Opportunity Commission ("EEOC"), Intervenor Jane Doe ("Intervenor"), and Defendant United Airlines, Inc. ("United"), jointly request that the Court continue to August 13, 2019 from July 30, 2019 the deadline for the parties to report to the Court on their efforts to resolve this matter and/or propose an amended scheduling order. In support of this Motion, the parties state as follows:

  1. On April 24, 2019, the parties informed the Court that they were pursuing settlement discussions and requested a stay of all proceedings until those efforts could be exhausted. (ECF No. 24.)

  2. The Court granted the parties' requested stay on April 24, 2019, ordering the parties to file a status report on or by June 23, 2019 indicating whether mediation was successful and including a proposed amended scheduling order, if necessary. (Text Order dated April 24, 2019.)

3. On June 19, 2019, the parties filed a Joint Motion to Extend Stay of Proceedings, and the Court granted the motion, extending the deadline for the parties to report on the status of settlement discussions and/or file a proposed amended scheduling order to July 16, 2019. (ECF No. 35 and related Text Order).

4. On July 16, 2019, the parties filed their Second Motion to Extend Stay of Proceedings, which this Court granted, extending the deadline to July 30, 2019. (ECF No. 37 and related Text Order).

5. The parties have made significant progress towards resolving all outstanding claims in this case and are continuing to diligently engage in settlement discussions.

6. For these reasons, the parties believe that a continuance of the current stay is in the best interests of the parties and in the best interests of justice, as it will allow the parties to continue to negotiate a resolution of this case, without incurring additional costs and without prejudicing either party. Accordingly, the parties respectfully jointly request an extension of the current stay to August 13, 2019, to allow them to continue and hopefully complete their settlement discussions.

7. This request is not made for purposes of delaying this proceeding, and no party will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff EEOC, Intervenor Jane Doe, and Defendant United Airlines, Inc., respectfully request that the Court continue to August 13, 2019 the deadline for the parties to report on the status of settlement discussions and/or file a proposed amended scheduling order.

| **ATTORNEYS FOR DEFENDANT** | **ATTORNEYS FOR PLAINTIFF** |
|---|---|

s/Ada W. Dolph_____
ADA W. DOLPH (*admitted Pro Hac Vice*)
E-Mail: adolph@seyfarth.com

SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000


KATHRYN C. PALAMOUNTAIN
Texas State Bar No. 24061004
E-Mail: cpalamountain@seyfarth.com.

SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

s/Philip Moss (w/consent)_____
 PHILIP MOSS
 Trial Attorney
 Texas State Bar No. 24074764
 E-Mail: philip.moss@eeoc.gov

 **EQUAL EMPLOYMENT OPPORTUNITY**
 **COMMISSION**
 San Antonio Field Office
 5410 Fredericksburg Road, Suite 200
 San Antonio, Texas 78229-3555
 Telephone: (210) 281-7636
 Facsimile: (210) 281-7669

**ATTORNEY FOR INTERVENOR**
**JANE DOE**

s/Colin Walsh (w/consent)_____
Robert J. Wiley*
Texas Bar No. 24013750
Colin Walsh*
Texas Bar No. 24079538
*Board Certified in Labor and Employment
Law by the Texas Board of Legal
Specialization*

WILEY WALSH, P.C.
1011 San Jacinto Blvd, Ste 401
Austin, TX 78701
Telephone: (512) 271-5527
Facsimile: (512) 201-1263
colin@wileywalsh.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2019, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

      Robert A. Canino (robert.canino@eeoc.gov)
      Edward Juarez (eduardo.juarez@eeoc.gov)
      Philip Jonathan Moss (philip.moss@eeoc.gov)
      U.S. Equal Employment Opportunity Commission
      San Antonio Field Office
      5410 Fredericksburg Road, Suite 200
      San Antonio, Texas 78229-3555

      Colin Walsh (colin@wileywalsh.com)
      WILEY WALSH, P.C.
      1011 San Jacinto Blvd., Suite 401
      Austin, Texas 78701

                            s/Ada W. Dolph
                            One of the Attorneys for
                            UNITED AIRLINES, INC.

58296459v.1